**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (*if known*) _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Scandia Spa Center for the Performing Arts, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-2196931** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **40 Martin Lane** <br> **Newton, NJ 07860** | **c/o Jean Rubin** <br> **224 William Livingston Court** <br> **Princeton, NJ 08540** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sussex** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Scandia Spa Center for the Performing Arts, Inc.**
    Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

District  **District of New Jersey**    When  **11/30/18**    Case number  **18-33582**

District  _____    When  _____    Case number  _____

Debtor  **Scandia Spa Center for the Performing Arts, Inc.**                Case number (*if known*) _____
     Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | .  *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | |
|---|---|---|
| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | |
|---|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Scandia Spa Center for the Performing Arts, Inc.**                                    Case number (*if known*) _____
        Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Scandia Spa Center for the Performing Arts, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 30, 2025**
                MM / DD / YYYY

**X** **/s/ Jean Rubin**                                   **Jean Rubin**
Signature of authorized representative of debtor          Printed name

Title     **President**

**18. Signature of attorney**

**X** **/s/ Erin J. Kennedy**                         Date  **June 30, 2025**
Signature of attorney for debtor                           MM / DD / YYYY

**Erin J. Kennedy**
Printed name

**Forman Holt**
Firm name

**365 Passaic Street, Suite 400**
**Rochelle Park, NJ 07662**
Number, Street, City, State & ZIP Code

Contact phone    **(201) 845-1000**       Email address

**NJ-21067 NJ**
Bar number and State

---

### RESOLUTION OF SPECIAL MEETING OF
### SCANDIA SPA CENTER FOR PERFORMING ARTS, INC.

I hereby certify that at a special meeting of the Officers of Scandia Spa Center for Performing Arts, Inc., a New Jersey corporation held on the 18 day of April ____, 2025, the following resolutions were proposed and unanimously adopted by all Officers:

> Resolved that Scandia Spa Center for Performing Arts, Inc., a New Jersey corporation, is hereby authorized to file a petition for relief under Chapter 11 of the United States Bankruptcy Code and to retain the law firm of Formanlaw LLC d/b/a Forman Holt for the purpose of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that Jean Rubin, is authorized to execute the petition and any other pleadings or documents that he and counsel deem necessary in connection with the Chapter 11 case of Scandia Spa Center for Performing Arts, Inc.

In certification hereof, I do set my hand and seal this 18 day of April 2025.

Scandia Spa Center for Performing Arts, Inc.,

By: _____
Jean Rubin, President

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this 18 day of April 2025.

Ana Lindgren Rubin, Secretary

F0242394 - 1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Scandia Spa Center for the Performing Arts, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Astor Holdings, LLC 251 Little Falls Drive Wilmington, DE 19808** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | | **Contingent Unliquidated** | | | **Unknown** |
| **New Jersey Division of Taxation Complaince & Enforcement Bankruptcy Unit 3 John Fitch Way, 5th Floor PO Box 245 Trenton, NJ 08695-0245** | | | **Contingent Unliquidated** | | | **Unknown** |
| **Township of Frankford 151 US Highway 206 Augusta, NJ 07822** | **clerk@frankfordtwp-nj.com** | **90.45 acres of vacant land at 40 Martin lane, Frankford Twp, NJ (Block 58, lot 2)** | | **Unknown** | **$900,000.00** | **Unknown** |
| **Township of Frankford 151 US Highway 206 Augusta, NJ 07822** | | **Unpaid Taxes** | **Contingent Unliquidated** | | | **Unknown** |

# United States Bankruptcy Court
### District of New Jersey

In re   **Scandia Spa Center for the Performing Arts, Inc.**     Case No. _____

                                                                      Debtor(s)     Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 30, 2025**                     **/s/ Jean Rubin** _____

                                                    **Jean Rubin/President**
                                                    Signer/Title

Astor Holdings, LLC
251 Little Falls Drive
Wilmington, DE 19808


Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Daniel J. Capecci, Esq.
Parker McCay, PA
9000 Midlantic Drive, Suite 300
PO Box 5054
Mount Laurel, NJ 08054-1539


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112


New Jersey Division of Taxation
Complaince & Enforcement Bankruptcy Unit
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245


Township of Frankford
151 US Highway 206
Augusta, NJ 07822


United States Attorney
Peter Rodino Federal Building
970 Broad street, Suite 700
Newark, NJ 07102

# United States Bankruptcy Court
### District of New Jersey

In re    __Scandia Spa Center for the Performing Arts, Inc.__    Case No.

                     Debtor(s)    Chapter    __11__


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Scandia Spa Center for the Performing Arts, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 30, 2025__

Date

__/s/ Erin J. Kennedy__

__Erin J. Kennedy__

Signature of Attorney or Litigant

Counsel for    __Scandia Spa Center for the Performing Arts, Inc.__

__Forman Holt__
__365 Passaic Street, Suite 400__
__Rochelle Park, NJ 07662__
__(201) 845-1000__